**Order issued: November 20 , 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01142-CV

## MICHAEL REEVES, SR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-05-11036

# ORDER

By letter dated October 17, 2012, the Court requested Gary Fitzsimmons, Dallas County District Clerk, to file within ten days a supplemental clerk's record containing the trial court's August 15, 2012 Order Denying Permission to File Litigations and Order of Permanent Injunction. As of today's date, the requested supplemental clerk's record has not been filed.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, **within ten days of the date of this order**, a supplemental clerk's record containing the trial court's August 15, 2012 Order Denying Permission to File Litigations and Order of Permanent Injunction.

We **DENY** the following six motions filed by appellant on November 2, 2012:

1.      Motion for Attorney Ad Litem;

2.      Motion for Psychological Testing in Support of Motion for Guardian Ad Litem;

3.      Motion to File Leave of Court;

4.      Judicial Notice of Abuse of Discretion by Judge Martin Lowy;

5.      Motion for Judicial Notice of Cannon Rule Violations; and

6.      Judicial Notice of Abuse of Discretion Not Being Contested by Judge Martin Lowy.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to Mr. Fitzsimmons and all counsel of record.

ELIZABETH LANG-MIERS
JUSTICE